# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. 18-13592-EE

Drew Adams _____ vs. _____ School Board of St. Johns Co.

The Clerk will enter my appearance for these named parties: See Appendix

In this court these parties are:   ☐ appellant(s)   ☐ petitioner(s)   ☐ intervenor(s)

☐ appellee(s)   ☐ respondent(s)   ☒ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

☒ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: DC   State Bar No.: 367705

Signature: /s/ Charles Rothfeld

Name (type or print): Charles Rothfeld   Phone: (202) 263-3233

Firm/Govt. Office: Mayer Brown LLP   E-mail: crothfeld@mayerbrown.com

Street Address: 1999 K St NW   Fax: (202) 263-5233

City: Washington   State: DC   Zip: 20006

12/07

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2019, the foregoing was electronically

filed with the Clerk of Court using the CM/ECF system, which will send

notification to all counsel of record in this matter who are registered with the

Court's CM/ECF system.

/s/ Charles Rothfeld
Charles Rothfeld
MAYER BROWN LLP
1999 K St NW
Washington, DC 20006
(202) 263-3233 (tel.)

12/07

## APPENDIX

A Better Balance; ADL; Advocates for Youth; American Association of University Women (AAUW); Atlanta Women for Equality; Beth Chayim Chadashim (BCC); California Women Lawyers; California Women's Law Center; Center for Constitutional Rights; Center for Reproductive Rights; Champion Women; Coalition of Black Trade Unionists; Disability Rights Education and Defense Fund (DREDF); Equal Rights Advocates; Equality California; Family Values @ Work; FORGE, Inc.; Gender Justice; Girls for Gender Equity; Girls Inc.; In Our Own Voice: National Black Women's Reproductive Justice Agenda; LatinoJustice PRLDEF; Lawyers Club of San Diego; Legal Aid At Work; Legal Momentum, the Women's Legal Defense and Education Fund; Legal Voice; National Asian Pacific American Women's Forum; National Association of Social Workers (NASW); National Association of Women Lawyers; National Center for Law and Economic Justice; National Center for Transgender Equality; National Council of Jewish Women; National Crittenton; National LGBTQ Task Force; National Organization for Women Foundation; National Women's Law Center; Planned Parenthood of South, East and North Florida; Planned Parenthood of Southwest and Central Florida; SisterReach; Stop Sexual Assault in Schools (SSAIS.org); SurvJustice; The Impact Fund; The Southwest Women's Law Center; The Women's Law Center of Maryland; Union for Reform Judaism; Central Conference of American Rabbis; Women of Reform Judaism, and Men of Reform Judaism; UniteWomen.org; Women Lawyers On Guard Inc. ("WLG"); Women's Bar Association of the District of Columbia; Women's Bar Association of the State of New York; Women's Law Project; Young Women United