IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-13592-EE
_____

DREW ADAMS,
a minor, by and through his next friend and mother, Erica Adams Kasper,

                              Plaintiff - Appellee,

versus

SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA,

                              Defendant - Appellant,

TIM FORSON, et al.,

                              Defendants.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION