In The

# United States Court of Appeals
# for the Eleventh Circuit

DREW ADAMS,
*Plaintiff-Appellee*,

v.

THE SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA,
*Defendant-Appellant*.

On Appeal from the United States District Court
for the Middle District of Florida, Jacksonville Division
District Court Case No. 3:17-cv-00739-TJC-JBT

**MOTION FOR LEAVE TO FILE AN EN BANC BRIEF OF *AMICI CURIAE*
THE AMERICAN CIVIL LIBERTIES UNION AND THE ACLU OF
FLORIDA IN SUPPORT OF
PLAINTIFF AND AFFIRMANCE**

Daniel B. Tilley
Florida Bar No. 102882
ACLU FOUNDATION OF FLORIDA
4343 W. Flagler St., Suite 400
Miami, FL 33134
T. (786) 363-2714
F. (786) 363-1257
DTilley@aclufl.org

Joshua A. Block
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T. (212) 549-2593
F. (212) 549-2650
jblock@aclu.org

**Counsel for Amici Curiae**

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. R. 26.1-1 through 26.1-3, the undersigned certifies that they believe that the Certificates of Interested Persons set forth in the Petition for Panel Rehearing and Rehearing En Banc of Appellant The School Board of St. Johns County, Florida (Aug. 4, 2021) and the En Banc Brief of Amici Curiae Medical and Mental Health Professionals Supporting Defendant-Appellant School Board of St. Johns County, Florida (Nov. 8, 2021) are complete, subject to the following amendments:

**Added**:

ACLU of Florida – Amicus Curiae

American Civil Liberties Union – Amicus Curiae

Block, Joshua A. – Counsel for Amici Curiae

Tilley, Daniel B. – Counsel for Amici Curiae

The undersigned will enter this information in the Court's web-based CIP contemporaneously with filing this Certificate of Interested Persons.

*/s/ Joshua A. Block*
Joshua A. Block

# CORPORATE DISCLOSURE STATEMENT AND STATEMENT OF AMICI CURIAE

*Amici Curiae* American Civil Liberties Union and ACLU of Florida are non-profit entities that do not have parent corporations. No publicly held corporation owns 10 percent or more of any stake or stock in *amici curiae*.

No counsel for a party authored this brief in whole or in part, and no person other than *amici curiae*, their members, or their counsel made a monetary contribution to its preparation or submission.

All parties have consented to the filing of this brief.

The American Civil Liberties Union ("ACLU") and ACLU of Florida move this Court for leave to file the attached proposed en banc brief of *amici curiae* in support of Plaintiff/Appellee, pursuant to 11th Cir. R. 35-8. All parties have consented to the filing of this brief.

## INTEREST OF *AMICI CURIAE*

The ACLU is a nationwide, nonprofit, nonpartisan organization with over two million members and supporters dedicated to defending the principles of liberty and equality embodied in the Constitution. The ACLU of Florida is one of the ACLU's statewide affiliates. Together, *Amici* advocate on behalf of the equal rights of lesbian, gay, bisexual, and transgender people.

As organizations that have litigated landmark cases regarding the rights of transgender people, including *Bostock v. Clayton County*, 140 S. Ct. 1731 (2020); *Grimm v. Gloucester County School Board*, 972 F.3d 586 (4th Cir. 2020), *cert. denied*, 141 S. Ct. 2878 (2021); *Parents for Privacy v. Barr,* 949 F.3d 1210 (9th Cir.), *cert. denied*, 141 S. Ct. 894 (2020); and *Doe v. Boyertown Area School District*, 897 F.3d 518 (3d Cir. 2018), *cert denied*, 139 S. Ct. 2636 (2019), the *Amici* have a strong interest in the application of proper standards when evaluating such claims.

## DESIRABILITY AND RELEVANCE OF THE BRIEF

The brief is desirable and relevant to the disposition of the case because it focuses on numerous errors that *Amici* have identified in the panel dissent.

**CONCLUSION**

*Amici* respectfully seek leave of Court to file the attached proposed en banc brief of *amici curiae*.

Respectfully submitted,

/s/*Joshua A. Block*

| | |
|---|---|
| Daniel B. Tilley | Joshua A. Block |
| Florida Bar No. 102882 | AMERICAN CIVIL LIBERTIES UNION |
| ACLU Foundation of Florida | FOUNDATION |
| 4343 W. Flagler St., Suite 400 | 125 Broad Street, 18th Floor |
| Miami, FL 33134 | New York, New York 10004 |
| T. (786) 363-2714 | T. (212) 549-2593 |
| F. (786) 363-1257 | F. (212) 549-2650 |
| DTilley@aclufl.org | jblock@aclu.org |

Dated: November 19, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Court's CM/ECF system on November 19, 2021. Service will be effectuated by the Court's electronic notification system upon all parties and counsel of record.

*/s/ Joshua A. Block*
Joshua A. Block
