# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 18-13592

_____

DREW ADAMS,
a minor, by and through his next friend and mother, Erica Adams Kasper,

                                               Plaintiff-Appellee,

*versus*

SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA,

                                               Defendant-Appellant,

TIM FORSON, et al.,

                                               Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:17-cv-00739-TJC-JBT

———————

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 30, 2022

For the Court: DAVID J. SMITH, Clerk of Court