# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __18-13592__

__Drew Adams__ vs. __School Board of St. Johns County, Fla.__

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | $500.00 | |
| Appellant's Brief | | .14 | 71 | 8 | 568 | $79.52 | |
| Appendix | | .12 | 3,827 | 7 | 26,789 | $3,214.68 | |
| Appellee's Brief | | | | | | | |
| Reply Brief | | .14 | 57 | 8 | 456 | $63.84 | |
| Supplemental Brief | .15 | | 38 | 6 | 228 | $34.20 | |
| Supplemental Reply Brief | .15 | | 48 | 6 | 288 | $43.20 | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. Additional pages attached. Totals include amounts from additional pages | | | | | TOTAL | $4,260.84 REQUESTED | $ ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _[signed]_

Date Signed: __1/13/2023__

Attorney Name: __Jeffrey D. Slanker__ (Type or print your name)

Attorney for: __appellant__ (Type or print name of client)

E-mail: __jslanker@sniffenlaw.com__

Phone: __850-205-1996__

Street Address/City/State/Zip: __Sniffen and Spellman, PA 123 North Monroe St., Tallahassee, Florida 32301__

---

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ _____ against _____

and are payable directly to _____

David J. Smith, Clerk of Court

Issued on: _____    By: _____    DATE: _____
                            Deputy Clerk

BOC Rev.: 6/17

## ATTACHMENT TO BILL OF COSTS

|  | Repro. Method (Mark One) |  | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | Costs Requested | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
|  | In house | Comm* |  |  |  |  |  |
| En banc initial brief | .15 |  | 64 | 17 | 1,088 | $163.20 |  |
| En Banc Reply Brief |  | .14 | 68 | 17 | 1,156 | $161.84 |  |



**Target Print & Mail**
2843 Industrial Plaza Dr.
Tallahassee FL 32301
(850) 224-3007 Fax: (850) 325-3668

Cara Harp
Sniffen & Spellman, P.A.
123 N. Monroe Street
Tallahassee FL 32301

| | Invoice | |
|---|---|---|
| | No: 117012 | Date: 12/20/18 |

SHIP TO:

Sniffen & Spellman, P.A.
123 N. Monroe Street
Tallahassee FL 32301

Pickup - RC - Call/E 12/20/2018

| Acct.No | Ordered by | Phone | P.O. No | Prepared by | Sales Rep | Ship By |
|---|---|---|---|---|---|---|
| | Cara Harp | 850-205-1996 | | Debbie Sweeney | | Pickup - RC - Call/E |
| Quantity | Description | | | | Unit Price | Price |
| 12 | **Initial Brief**<br><br>[Breif] -1/0 Cover on Customer stock, 8.5 x 11, No bleed w. 1/0 on 24# White Text, 8.5 x 11, No Bleed w. Customer provided Blank Back cover, Coil Binding  72 Originals | | | | 10.5183/Ea | 126.22 |

*Thank you for the order. We appreciate your business.*
*Payment $126.22 Credit Card 12/20/2018*

| | |
|---|---|
| Subtotal | 126.22 |
| Tax | 0.00 |
| TOTAL | 126.22 |
| Paid | -126.22 |
| BALANCE | 0.00 |
| Paid-in-Full | Thank you |

Received by _____ Date _____

**PAY FROM THIS INVOICE**
Target Print & Mail · 2843 Industrial Plaza Dr. · Tallahassee FL 32301 · (850) 224-3007       (print# 1)

Action Legal Discovery Services, LLC
117 East Georgia Street
Tallahassee, FL 32301
(850)222-7526
https://www.actionlegaldiscovery.com/



# INVOICE

**BILL TO**
Sniffen and Spellman, P.A.
123 N Monroe St
Tallahassee, FL 32301

**INVOICE #** 8911
**DATE** 12/27/2018
**DUE DATE** 01/11/2019
**TERMS** Net 15

**ORDERED BY:**
Gracie

**BILLING REF.**

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BB<br>8.5 x 11 black & white copies from electronic format | 15,482 | 0.12 | 1,857.84T |

SUBTOTAL   1,857.84
TAX (7.5%)   139.34
TOTAL   1,997.18
BALANCE DUE   **$1,997.18**

Thank you for using Action Legal Discovery Services!
Tax ID#            Tax ID#



**Target Print & Mail**
2843 Industrial Plaza Dr.
Tallahassee FL 32301
(850) 224-3007 Fax: (850) 325-3668

**Cara Harp**
**Sniffen & Spellman, P.A.**
**123 N. Monroe Street**
**Tallahassee FL 32301**

| Invoice | |
|---|---|
| No: 119711 | Date: 03/14/19 |

SHIP TO:

Sniffen & Spellman, P.A.
123 N. Monroe Street
Tallahassee FL 32301

Pickup - RC - Call/E 3/14/2019

| Acct.No | Ordered by | Phone | P.O. No | Prepared by | Sales Rep | Ship By |
|---|---|---|---|---|---|---|
|  | Cara Harp | 850-205-1996 |  | Benny Beutjer |  | Pickup - RC - Call/E |
| **Quantity** | **Description** |  |  |  | **Unit Price** | **Price** |
|  | **Book Prints (RC)** |  |  |  |  |  |
| 11 | [Case Prints] - COVER: 1/0 on Customer Stock, 8.5x11, No Bleeds; BODY: 1/0 on 20# White Text, 8.5x11, No Bleeds; Coil Bind   57 Originals |  |  |  | 8.3209/Ea | 91.53 |

*Thank you for the order. We appreciate your business.*
*Payment $91.53 Credit Card 03/14/2019*

| | |
|---|---|
| Subtotal | 91.53 |
| Tax | 0.00 |
| TOTAL | 91.53 |
| Paid | -91.53 |
| **BALANCE** | **0.00** |
| Paid-in-Full | Thank you |

Received by _____ Date _____

**PAY FROM THIS INVOICE**
Target Print & Mail · 2843 Industrial Plaza Dr. · Tallahassee FL 32301 · (850) 224-3007          (print# 1)

**Action Legal Discovery Services, LLC**
117 East Georgia Street
Tallahassee, FL  32301
(850)222-7526
https://www.actionlegaldiscovery.com/



# Invoice

**BILL TO**
Sniffen and Spellman, P.A.
123 N Monroe St
Tallahassee, FL  32301

**INVOICE #** 9161
**DATE** 06/13/2019
**DUE DATE** 06/28/2019
**TERMS** Net 15

**ORDERED BY:**
Gracie

**BILLING REF.**
Drew Adams v St John's

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **BB** <br> 8.5 x 11 black & white copies from electronic format | 11,481 | 0.12 | 1,377.72T |
| **Misc** <br> Tab insertion (hours) | 2.50 | 35.00 | 87.50T |

SUBTOTAL    1,465.22
TAX (7.5%)    109.89
TOTAL    1,575.11
BALANCE DUE    **$1,575.11**

Thank you for using Action Legal Discovery Services!
Tax ID#             | Tax ID#

**Action Legal Discovery Services, LLC**
117 East Georgia Street
Tallahassee, FL 32301 US
(850)222-7526
https://www.actionlegaldiscovery.com/



# INVOICE

**BILL TO**
Sniffen and Spellman, P.A.
123 N Monroe St
Tallahassee, FL 32301

**INVOICE #** 10257
**DATE** 12/17/2021
**DUE DATE** 01/01/2022
**TERMS** Net 15

**ORDERED BY:**
Gracie

**BILLING REF.**
12.17.21 Appellant Brief

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **BB**<br>8.5 x 11 black & white copies from electronic format | 1,156 | 0.14 | 161.84T |
| **GBC**<br>Spiral binding | 17 | 6.50 | 110.50T |

|  |  |
| --- | --- |
| SUBTOTAL | 272.34 |
| TAX (7.5%) | 20.43 |
| TOTAL | 292.77 |
| BALANCE DUE | **$292.77** |

Thank you for using Action Legal Discovery Services!
Tax ID#          | Tax ID#