# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 17, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 18-13592-AA
Case Style: Drew Adams v. School Board of St. Johns Co.
District Court Docket No: 3:17-cv-00739-TJC-JBT

No action will be taken on the Bill of Costs filing from Appellant School Board of St. Johns County, Florida. Each party to bear their own costs.

<u>Clerk's Office Phone Numbers</u>

| | |
|---|---|
| General Information | 404-335-6100 |
| New / Before Briefing Cases | 404-335-6135 |
| Cases in Briefing / After Opinion | 404-335-6130 |
| Cases Set for Oral Argument | 404-335-6141 |
| Capital Cases | 404-335-6200 |
| Attorney Admissions | 404-335-6122 |
| CM/ECF Help Desk | 404-335-6125 |

MP-1