IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-13592-AA

_____

DREW ADAMS,
a minor, by and through his next friend and mother, Erica Adams Kasper,

                              Plaintiff - Appellee,

versus

SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA,

                              Defendant - Appellant,

TIM FORSON, et al.,

                              Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

The order withholding the mandate in this appeal is VACATED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION